IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST HENDERSON, | ) |
| Plaintiff, | ) ) ) ) CASE NO. 2:13-CV-497-WKW |
| v. | ) ) |
| CITY OF MONTGOMERY, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

On September 12, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 14.)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that Plaintiff's action is DISMISSED without prejudice for failure to prosecute this action and his failure to comply with the orders of this court.

DONE this 15th day of October, 2013.

                                        /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE